UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIA SMITH,

        Plaintiff,                                   Case No. 23-cv-11409

v

                                                HON. MARK A. GOLDSMITH

MICHIGAN BELL TELEPHONE
COMPANY et al.,

        Defendants.
_____/

## ORDER
## GRANTING IN PART MOTION TO ADJOURN SCHEDULING ORDER (Dkt. 26)

Before the Court is Plaintiff Maria Smith's second motion to adjourn scheduling order dates (Dkt. 26). Defendants filed a response in opposition (Dkt. 28). The Court held a hearing on the motion on August 29, 2024.

For the reasons stated on the record at the hearing, the Court grants in part the second motion to adjourn scheduling order dates. The four additional depositions Plaintiff seeks in her motion must be completed by October 15, 2024. The Court also reopens the period for dispositive motions; dispositive motions must now be filed by November 5, 2024. Defendants' motion for summary judgment (Dkt. 27) is denied without prejudice.

The Court also sets the following dates:

- The Final Settlement Conference will take place on March 11, 2025 at 1:30pm;
- The Final Pretrial Conference will take place on April 1, 2025 at 1:30pm;
- The joint final pretrial order and all other motions, including motions in limine, will be due on February 18, 2025; and
- The trial will commence at 8:30am on April 22, 2025.

SO ORDERED.

Dated: September 4, 2024  s/Mark A. Goldsmith
       Detroit, Michigan  MARK A. GOLDSMITH
        United States District Judge